# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO.: 3:19-CV-00354-MOC-DSC

| | |
|---|---|
| CAROLINA FIRE CONTROL, INC., <br><br> Plaintiff, <br><br> v. <br><br> MARKEL CORPORATION and <br> EVANSTON INSURANCE COMPANY, <br><br> Defendants. | **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

     Plaintiff Carolina Fire Control, Inc. ("Plaintiff"), Defendant Markel Corporation and Evanston Insurance Company ("Defendants") stipulate and agree that this case should be dismissed with prejudice pursuant to a Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties hereby agree that: (1) all claims and defense should be dismissed with prejudice, (2) all motions are moot and (3) each party shall bear its own costs, fees and expenses. Thus, Plaintiff and Defendants stipulate that this case is dismissed with prejudice.

     Respectfully submitted this, the 28th day of February, 2020.

| **BUTLER WEIHMULLER KATZ CRAIG LLP** | **JAMES, McELROY & DIEHL, P.A.** |
|---|---|
| s/ T. Nicholas Goanos <br> L. Andrew Watson <br> NC Bar No. 41812 <br> T. Nicholas Goanos <br> NC Bar No. 45656 <br> 11605 N. Community House Road, Suite 150 <br> Charlotte, NC 28277 <br> Telephone: (704) 543-2321 <br> Facsimile: (704) 543-2324 <br> E-mail: awatson@butler.legal <br>       ngoanos@butler.legal <br> *Attorneys for Defendants* | s/ Richard B. Fennell <br> Richard B. Fennell, NC Bar No. 17398 <br> Adam L. Horner, NC Bar No. 32732 <br> Christopher T. Hood, NC Bar No. 41320 <br> 525 N. Tryon St., Suite 700 <br> Charlotte, NC 28202 <br> Telephone: (704) 372-9870 <br> Facsimile: (704) 333-5508 <br> E-mail: rfennell@jmdlaw.com <br>       ahorner@jmdlaw.com <br>       chood@jmdlaw.com <br> *Attorneys for Plaintiff* |

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date the foregoing **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** has this date been served upon Defendants' counsel of record as shown below via Electronic Notice through the Court's ECF System:

L. Andrew Watson
awatson@butler.legal
T. Nicholas Goanos
ngoanos@butler.legal
Butler Weihmuller Katz Craig, LLP
11605 N. Community House Road, Suite 150
Charlotte, NC 28277

This the 28th day of February, 2020.

**JAMES, McELROY & DIEHL, P.A.**

s/ Richard B. Fennell
Richard B. Fennell, NC Bar No. 17398
Adam L. Horner, NC Bar No. 32732
Christopher T. Hood, NC Bar No. 41320
525 N. Tryon St., Suite 700
Charlotte, NC 28202
Telephone: (704) 372-9870
Facsimile: (704) 333-5508
E-mail: rfennell@jmdlaw.com
　　　　ahorner@jmdlaw.com
　　　　chood@jmdlaw.com
*Attorneys for Plaintiff Carolina Fire Control, Inc.*